Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Chemetria L. JEFFERS |
| **Docket Number:** | 1:05CR00072-01 OWW |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 07/11/2005 |
| **Original Offense:** | Cts. 1 and 2 - 18 USC 287 and 2 False Claims and aiding and Abetting<br>(CLASS D FELONIES) |
| **Original Sentence:** | 3 years probation; $200 special assessment; $3,265 restitution; mandatory drug testing |
| **Special Conditions:** | Warrantless search; financial disclosure; financial restrictions; complete 100 hours of community service; DNA testing |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 07/11/2005 |
| **Assistant U.S. Attorney:** | Stanley A. Boone         **Telephone:** (559) 497-4042 |
| **Defense Attorney:** | Steven Crawford         **Telephone:** (559) 298-9900 |

**Other Court Action:**

**01/18/2006**:  Probation 12C Petition submitted to advise the Court the probationer was in violation of her conditions based upon the following allegations: Illicit drug use; Failure to submit monthly supervision reports; Failure to notify the probation officer of current address and Failure to pay special

**RE:     Chemetria L. JEFFERS**
**Docket Number:  1:05CR00072-01 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

|  |  |
|---|---|
|  | assessment and restitution. On January 29, 2006, your Honor issued a no bail bench warrant. On March 20, 2006, the probationer entered an admission to the alleged violations with a recommended disposition of credit for time served and a modification of her probation to include urinalysis testing and participation in substance abuse counseling. Your Honor modified the conditions of probation as recommended. |
| **06/23/2006**: | Probation 12A1 submitted to advise the Court of the offender's noncompliance: 1) Illicit Drug Use; 2) Missed Testing Appointments; 3) Missed Counseling Appointments. The probation officer developed a plan to dispose of the alleged noncompliance action with less than revocation. On June 23, 2006, your Honor approved the recommended intervention plan. |
| **05/29/2007**: | Probation 12B Modification submitted to advise the Court the probationer was in violation of her conditions based on the following allegations: 1) Illicit drug use; 2) Failure to report current address; 3) Failure to pay monthly restitution payments. A recommendation was submitted to the Court to modify the conditions of probation to include an order requiring the probationer to participate in the Turning Point, Residential Re-entry Center for a period of 120 days. On May 31, 2007, your Honor approved the recommended modification. |
| **12/21/2007**: | Probation 12A1 submitted to advise the Court of the offender's noncompliance: 1) Failure to Report Current Address; 2) Failure to Submit Monthly Supervision Report Form; 3) Failure to Submit Monthly Restitution Payment; 4) In a Residence where a Controlled Substance was Used. The probation officer developed a plan to dispose of the alleged noncompliance action with less than revocation. On January 2, 2008, your Honor approved the recommended intervention plan. |

**RE:** **Chemetria L. JEFFERS**
**Docket Number:  1:05CR00072-01 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

Extend the term of supervised probation originally ordered on March 20, 2006, for twelve (12) months or until community service completed.  All prior orders will remain in full force and effect.

**Justification:**   On May 2, 2008, Ms. Jeffers gave birth to her sixth child and is a single parent raising the four children she has in her custody.  Ms. Jeffers receives state assistance through AFDC and Medi-Cal insurance for herself and children.  She has limited financial resources and has struggled to provide a stable residence for her children.  Ms. Jeffers is currently residing with a relative.

On May 22, 2008, the undersigned officer conducted a scheduled home contact with Ms. Jeffers to counsel her regarding her delinquent special assessment/restitution payments and failure to complete community service hours.  The undersigned reviewed the Waiver of Hearing to Modify Conditions of Supervision.  Ms. Jeffers agreed to an extension of her supervised probation for 12 months or until the community service is completed.  The proposed intervention will provide Ms. Jeffers sufficient time to complete her community service and to submit regular monthly special assessment/restitution payments.

**RE:    Chemetria L. JEFFERS**
       **Docket Number:  1:05CR00072-01 OWW**
       <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
       <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

Respectfully submitted,

/s/ Lonnie E. Stockton

**LONNIE E. STOCKTON**
**United States Probation Officer**
Telephone:  (661) 861-4124

**DATED:**    May 22, 2008
             Bakersfield, California
             LES:ks

**REVIEWED BY:**     /s/ Thomas A. Burgess
                    **THOMAS A. BURGESS**
                    **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(  )    Modification not approved at this time.  Probation Officer to contact Court.

(  )    Other:

IT IS SO ORDERED.

**Dated:   May 23, 2008**                    /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE